THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOHN D. WEAKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-CV-447 |
| | ) |
| CITY OF RICHMOND, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## VSP DEFENDANTS' MOTION TO SUBSTITUTE

The Virginia State Police ("VSP") defendants, Jacob Capra, Anthony Bradt, and Ridge Duncan[1] (collectively, the "VSP Defendants"), by counsel, move to substitute the attached Memorandum of Law in support of their motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for ECF. No. 17. The document currently docketed at ECF No. 17 is not the correct Memorandum.

Respectfully submitted,

JACOB CAPRA
ANTHONY BRADT
and
RIDGE DUNCAN

By: _____
Erin R. McNeill (VSB No. 78816)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0598
Facsimile: (804) 371-2087
Email: emcneill@oag.state.va.us

Jason Miyares
Attorney General of Virginia

---

[1] Incorrectly named in the caption of the case and throughout the Complaint as "Duncan Ridge."

1

Steven G. Popps
Deputy Attorney General

Jacqueline Hedblom
Senior Assistant Attorney General/Section Chief

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record for the parties.

                                                */s/ Erin R. McNeill*
                                                  Erin R. McNeill