IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN D. WEAKLEY,

    Plaintiff,

v.                                Civil Action No. 3:22cv447

CITY OF RICHMOND,
et al.,

    Defendants.

**ORDER**

    Having considered VSP DEFENDANTS' MOTION TO SUBSTITUTE (ECF No. 29) and finding that the defendants inadvertently filed an incorrect supporting memorandum on July 19, 2022, it is hereby ORDERED that VSP DEFENDANTS' MOTION TO SUBSTITUTE (ECF No. 29) is granted. It is further ORDERED that the Clerk shall substitute VSP DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(1) (ECF No. 29-1) for VSP DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6) (ECF No. 17).

    It is so ORDERED.

                                                  /s/   REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: August 29, 2022