IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN D. WEAKLEY,

    Plaintiff,

v.   Civil Action No. 3:22cv447

CITY OF RICHMOND,
et al.,

    Defendants.

**ORDER**

Due to a conflict in the schedules of plaintiff's counsel and counsel for one of the defendants, it is hereby ORDERED that the Initial Pretrial Conference scheduled for 11:00 a.m. October 19, 2022 is rescheduled to 1:30 p.m. October 26, 2022.

It is so ORDERED.

                                    /s/  REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: October 5, 2022